UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| RONNIE DALE GREGORY JR, | ) | |
| *Plaintiff*, | ) ) ) | Case No. 3:23-cv-86 |
| v. | ) ) | Judge Atchley |
| PETE FRAZENE, *et al.*, | ) ) | Magistrate Judge Poplin |
| *Defendants*. | ) ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT